# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STANLEY DERRICK RAGIN III,** | ) |
| Petitioner, | ) |
| v. | ) CIV 24-344-RAW-JAR |
| **MAYES COUNTY COURTS,** | ) |
| Respondent. | ) |

## OPINION AND ORDER

Now before the Court is Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It, however, has come to the Court's attention that Petitioner was convicted in Mayes County, Oklahoma, which is located within the territorial jurisdiction of the Northern District of Oklahoma. *See* 28 U.S.C. § 116(a). Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's petition for a writ of habeas corpus is hereby transferred to the Northern District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 17TH day of October 2024.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE